UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| STEPHEN COLBY BLACKMON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  5:11-cv-00524-RBP-HGD |
| ) | |
| SHERIFF BLAKE DORNING, ) | |
| ) | |
| Defendant ) | |

### ORDER

The magistrate judge filed a report and recommendation on May 17, 2011, recommending that plaintiff's due process claim against Sheriff Blake Dorning be dismissed and Sheriff Dorning be dismissed as a defendant.  It was further recommended that plaintiff's claim of excessive force against Officers Cantrell, Watkins, and Conklin be referred to the magistrate judge for further proceedings.  No objections have been filed by any party.

Having carefully reviewed and considered  the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED.  It

is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action except the claim of excessive force against Officers Cantrell, Watkins, and Conklin are DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that the excessive force claims are REFERRED to the magistrate judge for further proceedings.

DONE this 23rd day of June, 2011.

*Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**